### OFFICE SPECIALTY MANUF'G CO. v. COOKE & COBB CO.

(Circuit Court, S. D. New York. September 28, 1894.)

This was a suit in equity by the Office Specialty Manufacturing Company against the Cooke & Cobb Company for the infringement of letters patent No. 217,909, granted to F. W. Smith and J. S. Shannon, July 29, 1879, for a paper holder; letters patent No. 312,086, granted to William H. Clague, February 10, 1885. for a paper file; and letters patent No. 331,259, granted to J. S. Shannon, November 24. 1885, for an index for paper files. Heard on motion for a preliminary injunction.

Frederick R. Church, for complainant.
W. C. Donn, for defendant.

LACOMBE, Circuit Judge. As to patents Nos. 312,086 and 331,259, there have been no prior adjudications sustaining them. It is true that very many letter files embodying the devices described in them have been sold, but such letter files appear also to have contained other devices as well. In view of the small cost of the articles, and the multitude of other varieties of letter files on the market, the mere fact that there have been extensive sales is very unsatisfactory evidence of a public acquiescence in the validity of the patents. Patent No. 217,909 appears to have been twice sustained by Judge Blodgett (Shannon v. Printing Co., 9 Fed. 205; Schlicht & Field Co. v. Chicago Sewing Mach. Co., 36 Fed. 585); but there was before him neither the "English file" nor the Dixon patent, which are introduced here. Neither of these, it is true, is an anticipation; but, when examined in connection with the other patents which were before Judge Blodgett, they make the question of patentable invention, to say the least, a doubtful one, and a preliminary injunction, therefore, should be denied.